IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTORIA WINN and THADDEAUS WINN,
individually and as parents and natural guardians
of their minor child, RAFE WINN,

    Plaintiffs,

vs.                                                No. 14-cv-1113 JAP/SMV

CARLSBAD MEDICAL CENTER LLC,
ON-LINE RADIOLOGY MEDICAL GROUP INC.,
and PECOS VALLEY OF NEW MEXICO, LLC

    Defendants.

## ORDER OF DISMISSAL

In accordance with the ORDER APPROVING CONFIDENTIAL MINOR SETTLEMENT entered herewith, the Court finds that the proposed settlement is fair, just and equitable to all parties, including the minor child, and dismisses Plaintiffs' claims and all cross claims with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE